IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GARY W. AINSWORTH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-577 |
| § | |
| SPLIT SHIP MANAGEMENT, LTD., § | |
| CP SHIPS (UK) LTD., and M/V TMM § | |
| GUANAJUATO, IN PERSONAM and § | |
| IN REM § | |
| § | |
| Defendants. § | |

## ORDER CARRYING THROUGH TRIAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This suit arises out of injuries allegedly sustained by Gary W. Ainsworth while working as a longshoreman aboard the M/V TMM GUANAJUATO. Defendants Split Ship Management, Ltd. and CP Ships (UK) Ltd. (collectively "Defendants") moved for summary judgment on July 10, 2006. Plaintiff's Response would be due on July 31, 2006. Trial in this case is set to begin on August 7, 2006. Because of the fact-specific nature of this Motion and the proximity of trial, a decision on this issue is best left for the trial. Therefore, Defendants' Motion for Summary Judgment is **CARRIED THROUGH TRIAL**.

**IT IS SO ORDERED**.

**DONE** this 13th day of July, 2006, at Galveston, Texas.

Samuel B. Kent
United States District Judge